IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IBERIBANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-653 |
| | § | |
| EXCELSIOR AND ASSOCIATES INC., | § | |
| AND MONICA VACA, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR
ENTRY OF DEFAULT AND ENTERING
FINAL JUDGMENT**

The plaintiff, IBERIBANK, moves for entry of default against the defendants, Excelsior and Associates Inc., and its guarantor Monica Vaca, under Federal Rule of Civil Procedure 55(a).

The motion and supporting documents show that the defendants have been served but have failed to appear in this action. Entry of default is proper under Rule 55(a). The court grants the plaintiff's motion for entry of default.

IBERIBANK has submitted evidence of Credit Agreement with the defendants, and of the defendants' failure to pay the amounts due and owing under that agreement. No further hearing is required.

The court enters the following default final judgment jointly and severally against Excelsior and Ms. Vaca:

1. IBERIBANK recovers from the defendants the amount of $147,596.81 (One Hundred Forty-Seven Thousand, Five Hundred Ninety-Six Dollars and Eighty-One Cents).

2. IBERIBANK recovers from the defendants accrued contractual interest in the amount of $5,734.75 (Five Thousand Seven Hundred Thirty-Four Dollars and Seventy-Five Cents) and other contractual charges in the amount of $92.64 (Ninety-Two Dollars and Sixty-Four Cents).

3. IBERIBANK recovers from the defendants prejudgment interest in the amount of $25.63 (Twenty-Five Dollars and Sixty-Three Cents) per day from January 25, 2017 until the date of this Order.

4. IBERIABANK recovers from the defendants postjudgment interest at the rate of 1.11 percent.

5. IBERIABANK may file its application for attorney's fees within the time provided by the Federal Rules of Civil Procedure.

This is a final judgment.

SIGNED on May 18, 2017, at Houston, Texas.

                                                                    Lee H. Rosenthal
                                                          Chief United States District Judge